IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR LATONYA HAYES | Case No. **19-1707 JMC**<br><br>UNDER SEAL |

### AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent Mark E. James of the Federal Bureau of Investigation ("FBI") being duly sworn, state as follows:

### I.     PURPOSE OF AFFIDAVIT

1. This Affidavit is submitted in support of a Criminal Complaint and Arrest Warrant for Latonya HAYES (HAYES), born in 1990. As detailed below, there is probable cause to believe HAYES violated 18 U.S.C. § 922(g), being a felon in possession of a firearm.

### II.    THE AFFIANT

2. I am an "investigative or law enforcement officer . . . of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am a duly sworn member of the Federal Bureau of Investigation (FBI) and have been so employed since June 27, 2004. I am currently assigned to the Baltimore Division of the FBI, Safe Streets Task Force, in Baltimore, Maryland.

3. I successfully completed agent training at the FBI Academy in Quantico, Virginia including training on drug enforcement. I also have successfully completed in-service training courses on drug enforcement sponsored by the FBI, the Drug Enforcement Administration ("DEA"), and the United States Department of Justice. While employed by the FBI, I have investigated federal criminal violations related to bank robbery, drug trafficking, firearms trafficking, kidnapping, fugitives, racketeering and public corruption.

4. Beginning in November 2005, I was assigned to the FBI's Safe Streets Task Force, which investigates violations of federal drug and firearms statutes. I was responsible for investigations involving unlawful activities to include drug smuggling/trafficking, firearm offenses, and violent crime occurring in the District of Maryland. Beginning in October 2009, I was assigned to the Cross Border Task Force ("CBTF"), which consists of agents and Task Force Officers ("TFO") from the Baltimore Division and Washington Field Office of the FBI. The CBTF investigates criminal enterprises and drug trafficking cases in Maryland and Washington, D.C. In October 2012, I was assigned to the FBI Baltimore Public Corruption squad, which is responsible for the investigation of various corrupt public officials, including, but not limited to, sworn police officers. In October 2013, I was assigned the Safe Streets Task Force in Baltimore, Maryland.

5. As a Special Agent of the FBI, I have actively participated in investigations of criminal activity, including but not limited to investigations of drug trafficking and racketeering (RICO) violations. During these investigations, I have participated in the execution of search warrants and the seizure of evidence, including evidence related to drug trafficking and RICO violations, and I have applied for and served as the affiant for federal search warrants, arrest warrants, and Title III wire intercepts. These investigations have resulted in the arrest and conviction of individuals responsible for trafficking narcotics, committing violent crimes, and RICO violations.

6. Because this Affidavit is submitted in support of a criminal complaint, I have set forth only those facts I believe necessary to establish probable cause. I base the information contained in this Affidavit on my review of reports and documents, and interviews with witnesses and other law enforcement officers the substance of which is related in substance and in part.

**III. PROBABLE CAUSE**

7. On August 28, 2018 at approximately 10:19 p.m., according to a sworn Statement of Probable Cause filed in the District Court of Maryland for Baltimore City, Maryland, Transportation Authority police officers were on duty in full uniform operating a marked patrol vehicle working with the Baltimore City Police and Maryland State Police. While in the area of Harford Road and 20th avenue, they witnessed a black 2006 Volkswagen Passat bearing MD registration 5DK9417 with the center brake light out. Officers followed the vehicle onto 20th Avenue, and as it slowed at the red light for Asquith Street, they could see that the brake light was still out. Officers activated the emergency equipment (lights and siren) and performed a traffic stop on the vehicle.

8. The vehicle turned onto the 1900 block of Asquith Street and stopped. Upon contact with the vehicle, officers could smell the odor of burnt marijuana emanating from within the vehicle. One officer spoke with the operator, who told the officer that he did not have any identification with him and the passenger stated the same. The officer asked the operator who owned the vehicle and the driver replied, his sisters. During these questions, the officer could see that the passenger was holding a pink make-up bag. Officers then asked the occupants to exit the vehicle so they could write down their information which they did. As the female passenger exited the vehicle, she placed the makeup bag on the passenger's seat.

9. Once out of the vehicle, the operator verbally identified himself as Donyea Maurice King Jr., born in 1989, and stated that he did not have a driver's license. The passenger identified herself as Tiffany Kiera Ward, born in 1987.

10. Officers then informed the occupants that they smelled marijuana emanating from within the vehicle, and that they were going to search the vehicle. HAYES stated that she had just smoked marijuana earlier and was still high. King then ran onto 20th street, and into an alley

3

before being apprehended. Officers asked King why he ran, and he replied that he knew he had a warrant. Officers then searched the vehicle. During the search, officers located inside the pink make-up case, possessed by the female passenger, a black Glock Model 36 .45 caliber handgun with a serial number BBTZ282, which I know based upon my training and experience is not manufactured in Maryland and therefore affected interstate commerce prior to its recovery in Maryland. The firearm was loaded with one round of .45 caliber ammunition in the chamber of the gun, and a six round magazine next to the gun contained six rounds of .45 caliber ammunition. Officers then placed the female passenger under arrest, and advised both individuals of their *Miranda* rights, but neither admitted ownership of the firearm. Later, King asked an officer if he (King) accepted ownership of the gun, if the police would let the female passenger go.

11. Officers then continued to search the vehicle. In the glove box, they located a black plastic digital scale with powdery residue on it, and a plastic bag containing multiple clear purple glassine baggies. In the center console, officers located a silver metal grinder with a $ logo on it and a stem of marijuana. In the driver side door, officers found a sealed box of glass vials and a bag of gold plastic tops for the vials consistent with narcotics packaging. Behind the passenger seat in the seat pocket, officers located a plastic plate with a powdery residue on it, and another bag containing glass vials and plastic tops. Underneath the passenger's side of the center console, officers found a clear plastic bag containing an off white rock like substance and three glass vials with gold tops containing the same substance. The vials were consistent with the packaging that had been located throughout the vehicle. Also in the center console, officer found a men's leather wallet with King's Maryland identification card inside.

12. Law enforcement communications advised that a routine check through the Maryland Vehicle Administration (MVA) revealed that King did not have a license, and that no

record existed under the name Tiffany Kiera Ward. Officers approached the female and told her that they believed she gave a false name. The female then provided Latonya Christine HAYES (the Defendant). Officers confirmed HAYES's identity through her MVA photograph. Other officers then transported HAYES to Baltimore Central Booking and Intake Facility (CBIF). Upon arriving at CBIF, the transporting officer contacted the arresting officer and advised that after HAYES exited the police vehicle, they discovered that she (HAYES) tried to discard a clear glass vial with suspected narcotics residue in the police vehicle. The arresting officers then responded to CBIF and took possession of the paraphernalia, issued citations for the brake light, fleeing and eluding, driving without a license, as well as a safety equipment repair order for the brake light.

13. I know from law enforcement databases that at the time HAYES was in possession of the firearm she had been previously convicted of at least one felony punishable by a term of imprisonment exceeding one year; to include a 2009 conviction for Manufacturing/Distribution of narcotics in the Circuit Court of Baltimore City. As such, I know she was prohibited from possessing the firearm recovered from her pink make-up bag.

### III. CONCLUSION

14. As a result of the above investigation, I respectfully submit there is probable cause to believe that LaTonya HAYES committed the crime of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g), and request that the Court authorize the attached Criminal Complaint and issue an Arrest Warrant forthwith.

_____
Mark E. James
Special Agent, Federal Bureau of Investigation

19 - 1 7 0 7 JMC

Sworn to before me this 13th day of May, 2019

_____
The Honorable J. Mark Coulson
United States Magistrate Judge

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY 1 3 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

6